UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Schmitz,

Plaintiff,

v.

ORDER
Civ. No. 01-1836(MJD/SRN)

City of Minneapolis, and
Minneapolis Community
Development Agency,

Defendants.

---

Gary K. Wood, P.A. for and on behalf of Plaintiff.

Timothy S. Skarda, Assistant City Attorney, for and on behalf of Defendants.

---

Plaintiff owns certain property in the City of Minneapolis, identified as lots 10 and 11 on Plaintiff's Exhibit 2. Defendant Minneapolis Community Development Agency ("MCDA") owned the lots identified as lots 6, 7, 8 and 9. Lots 9 and 6 are vacant, and lots 7 and 8 have buildings on them, which are leased to the West Band Community Center. The MCDA sold lot 9 to Jennifer Blevins and Jim Erchul. Complaint ¶ 11. Plaintiff alleges that the City of Minneapolis ("City") granted a variance to Blevins and Erchul, to allow them to build a single family home on lot 9. Plaintiff alleges that sale of lot 9 to Blevins and Erchul was in violation of Minneapolis Ordinance 531.100(b).

Currently before the Court is Plaintiffs' motion for a temporary restraining order to enjoin construction on lot 9 by the property owners.



MAY 1 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Rule 65(b) of the Federal Rules of Civil Procedure provides that a temporary restraining order may be granted only if "it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition. . . "

Rather than join the property owners as parties in this case, Plaintiff seeks an order enjoining the City from issuing building permits. The Court finds, however, that the property owners are necessary parties as defined by Fed. R. Civ. P. 19(a)(2) and orders their joinder. Granting Plaintiff's requested injunctive relief without notice to the property owners is not appropriate.

IT IS HEREBY ORDERED that:

1. Jennifer Blevins and Jim Erchul are hereby joined as Defendants pursuant to Fed. R. Civ. P. 19(a).

2. Plaintiff's Motion for a Temporary Restraining Order is DENIED WITHOUT PREJUDICE.

Date: May 15, 2002

Michael J. Davis
United States District Court