UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Schmitz,
Plaintiff,

v.

**ORDER**
No.01-1836(MJD/SRN)

City of Minneapolis, Minneapolis Community Development Agency, Jennifer Blevins and James Erchul,
Defendants.

---

Plaintiff, Bernard Schmitz, owns certain property in the City of Minneapolis, identified as lots 10 and 11. (Compl., Ex. 2). Defendant Minneapolis Community Development Agency ("MCDA") owned the lots identified as lots 6, 7, 8 and 9. The MCDA sold lot 9 to Jennifer Blevins and Jim Erchul ("Blevins and Erchul"). Plaintiff alleged in his original Complaint that the City of Minneapolis granted a variance to Blevins and Erchul, to allow them to build a single-family home on lot 9. Plaintiff alleged that sale of lot 9 to Blevins and Erchul was in violation of Minneapolis Ordinance 531.100(b).

On May 15, 2002, Plaintiff filed a Motion for a Temporary Restraining Order with the Court. Schmitz sought to restrain the building of a single-family home on the lot 9 property. At that time, Blevins and Erchul were not parties to the suit. Rather than join the property owners as parties,

FILED 1-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff sought an order enjoining the City from issuing building permits. The Court found, however, that the property owners were necessary parties as defined by Fed. R. Civ. P. 19(a)(2). The Court ordered the joinder of Blevins and Erchul and denied Plaintiff's Motion for a Temporary Restraining Order without prejudice. (Order dated 05/16/02).

On October 16, Plaintiff filed an Amended Summons and Complaint that included Blevins and Erchul as named parties. Plaintiff also filed a renewed Motion for a Temporary Restraining Order. On October 22, 2002, Blevins and Erchul filed a Motion to Dismiss per Fed. R. Civ. P. 12(b)(6), arguing that Plaintiff's Amended Complaint failed to state a claim against them upon which relief could be granted. On November 27, 2002, Plaintiff filed a response to the motion.

Defendants Blevins and Erchul's Motion to Dismiss per Fed. R. Civ. P. Rule 12(b)(6) is currently before the Court.

Upon hearing before the Court, Plaintiff, through counsel, withdrew his opposition to Defendants' Motion to Dismiss and stated that he would not seek injunctive relief.

The Court finds that because the Plaintiff agrees to no longer seek a temporary restraining order against the construction of a single-family home on Blevins and Erchul's property, these defendants are no longer necessary

parties to the suit. Accordingly, Defendants Blevins and Erchul's Motion to Dismiss is GRANTED.

IT IS HEREBY ORDERED:

1.) Plaintiff's Amended Complaint (Docket #11) is DISMISSED WITH PREJUDICE as to Defendants Jennifer Blevins and James Erchul.

2.) Defendants Jennifer Blevins and James Erchul's Motion to Dismiss (Docket #15) is GRANTED.

3.) Plaintiff's Motion for a Temporary Restraining Order (Docket #12) is DENIED WITH PREJUDICE as to all defendants.

Date: Jan. 10, 2003

Michael J. Davis
United States District Court